UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA GILBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW RYAN KING, et al.,<br><br>    Defendants. | Case No. 16-cv-06235-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND VACATING APRIL 7, 2017 MOTION HEARING**<br><br>Re: Dkt. No. 35 |

On March 1, 2017, Plaintiff filed a Motion for Leave to File First Amended Complaint ("Motion"), seeking leave to add specific allegations of statutory sexual battery and gender violence against Defendants Pasternak and King. Under Rule 15(a) of the Federal Rules of Civil Procedure, courts should "freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). This case is in its early stages and Plaintiff's request is within the deadline for amending set by the Court. Moreover, Defendants have filed statements of non-opposition to the Motion. Accordingly, the Court GRANTS the Motion. The hearing set for **April 7, 2017** is vacated.

**IT IS SO ORDERED.**

Dated: March 20, 2017

JOSEPH C. SPERO
Chief Magistrate Judge